FAIRVIEW-CHASE CORPORATION, Appellant and Respondent, *v.* PHILLIP SCHARF, Appellant, and ALICE McCOY, Respondent.

(Submitted June 9, 1930; decided June 13, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 254 N. Y. 55.)

In the Matter of the Accounting of HENRY B. FULLER et al., as Executors of CELIA K. FULLER, Deceased:

OTTILLIE N. DANNEMAN et al., as Executrices of CELIA K. FULLER, Deceased, et al., Appellants; HENRY B. FULLER, Respondent.

(Submitted June 11, 1930; decided June 13, 1930.)

Motion to amend remittitur denied, without costs. (See 254 N. Y. 519.)